SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALIYAH REYNA LOZANO,<br><br>    Defendant. | 8:25CR134<br><br>INFORMATION<br>18 U.S.C. § 111(a)(1) |

The United States Attorney charges:

<u>COUNT I</u>

On or about June 10, 2025, in the District of Nebraska, the defendant, ALIYAH REYNA LOZANO, did then and there knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with federal law enforcement officers, who were engaged in the performance of their official duties

In violation of Title 18, United States Code, Section 111(a)(1).

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:  KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: kim.bunjer@usdoj.gov

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:25CR134 |
| ALIYAH REYNA LOZANO, | |
| Defendant. | |

Your Affiant, Justin Temperly, being duly sworn, does depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1.     I, Justin Temperly, am a Special Agent (SA) with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (hereinafter "HSI"). I have been employed with this agency since January 2024. HSI agents are authorized to investigate violations found in Titles 8, 18, 19 (Customs), and 42 of the United States Code.

2.     The information contained in this affidavit is based on my training and experience, my actual knowledge of this investigation, as well as information obtained from other law enforcement officers involved in the investigation.

### PROBABLE CAUSE

3.     On Tuesday, June 10, 2025, your Affiant, other Special Agents, and Immigration Officers, encountered individuals at Glenn Valley Foods, located at 6824 J Street, Omaha, Nebraska 68117, in the District of Nebraska, during the service of a civil search warrant.

1

4.    After HSI Special Agents completed the identification and alienage determinations for all employees, all law enforcement began departing the area. While departing, a law enforcement vehicle driven by a Deputy United States Marshal (DUSM) and occupied by two other DUSMs attempted to leave eastbound on J Street. Several members of the public attempted to impede the movement of the vehicle by standing in the street directly in front of the vehicle and continuing to move in front of the vehicle as it attempted to maneuver around them.  One of these subjects was later identified as **Aliyah Reyna LOZANO.  LOZANO** was identified via a driver's license photo after the Nebraska Department of Motor Vehicles identified her via facial recognition.

5.    **LOZANO** and other individuals climbed on top of the hood of the DUSMs vehicle. DUSMs stopped the vehicle and disembarked to attempt to move them from their vehicle.  **LOZANO** jumped off the vehicle and continued to yell at the DUSMs. DUSMs re-entered their vehicle and again attempted to leave. **LOZANO** again walked in front of their vehicle as the DUSMs attempted to leave. DUSMs again exited their vehicle and approached **LOZANO**. **LOZANO** began backing up away from the DUSM and the driver of the DUSMs law enforcement vehicle began driving forward. Eventually, **LOZANO** again walked in front of the DUSMs law enforcement vehicle which forced them to come to another stop. DUSMs again approached **LOZANO** and she again backed away from the DUSMs law enforcement vehicle.

6.    **LOZANO** eventually began walking west toward the other law enforcement who were exiting the scene. At this time, **LOZANO** walked along side other law enforcement vehicles as they left the area. **LOZANO** is seen on video kicking the side of a law enforcement vehicle. Shortly after this, another individual threw a rock at the side

2

of another law enforcement vehicle and broke the window. After this occurred, your Affiant and others attempted to take that individual into custody. As that individual ran away, so did **LOZANO.**

7.    Based on these facts, your Affiant has reason to believe Aliyah **LOZANO** assaulted, resisted, opposed, impeded, intimidated, or interfered with federal law enforcement officers while they were performing their official duties, in violation of Title 18, United States Code, Sections 111(a)(1). Your Affiant declares under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of his knowledge and belief.

Justin Temperly
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me by telephone or other reliable electronic means on this 12th day of June 2025.

RYAN C. CARSON
United States Magistrate Judge

3