IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. ALIYAH REYNA LOZANO, Defendant. | **EXHIBIT LIST**<br><br>Case No.    8:25CR134<br>Deputy:     Sara Pankoke<br>Reporter:   Digital Recorder<br>Date:       June 18, 2025 |
|---|---|

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Photograph of profile | X | | X | | 6/18/2025 |
| 2 | | | Photograph with vehicle | X | | X | | 6/18/2025 |
| 3 | | | Full video view from South | X | | X | | 6/18/2025 |
| 4 | | | Video view from North | X | | X | | 6/18/2025 |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)